# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jamel Byrd, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:23-cv-00178-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert Van Gorder, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 5, 2023 Order.

June 5, 2023

Katherine Hord Simon, Acting Clerk
United States District Court